1 BARRY J. PORTMAN
Federal Public Defender
2 LARA S. VINNARD
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant GARY PACKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 10-00161 EJD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| GARY PACKER, | |
| Defendant. | Honorable Edward J. Davila |

Defendant Gary Packer and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, June 20, 2011, at 1:30 p.m., be continued to Monday, July 18, 2011, at 1:30 p.m. The continuance is requested because the government provided approximately 500 pages of additional discovery on June 7, 2011, and the defense is beginning its review of that discovery while continuing review of earlier discovery. Accordingly, the defense requires additional time to conduct investigation and to prepare effectively.

1  The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 6/14/11

_____/s/_____
LARA S. VINNARD
Counsel for Gary Packer

Dated: 6/14/11

_____/s/_____
THOMAS MOORE
Assistant United States Attorney

## [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, June 20, 2011, to allow additional time for defense review of discovery, including recently-provided discovery. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, June 20, at 1:30 p.m., is continued to Monday, July 18, at 1:30 p.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 20 to July 18, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 15, 2011

_____
EDWARD J. DAVILA
United States District Judge